## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:24-cv-12644 |
| VETTE AUTO SALES & BODY, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED DISMISSAL WITH PREJUDICE

Owners Insurance Company, Vette Auto Sales & Body, LLC, and Premier Claims LLC (collectively, "Parties") hereby stipulate to dismissing this action in its entirety *with prejudice*, with the Parties to bear their own respective fees and costs pursuant to the Parties' settlement agreement.

Respectfully submitted,

/s/ Jasleen Grewal
Krysta K. Gumbiner
Jasleen Grewal
Dinsmore & Shohl LLP
222 W. Adams, Suite 3400
Chicago, IL 60606
(312) 775-1743
(312) 837-4309
Krysta.gumbiner@dinsmore.com
Jasleen.grewal@dinsmore.com

/s/ Christine R. Walsh
Thomas P. Yardley
Christine R. Walsh
Buchalter
180 N. LaSalle St., Suite 3300
Chicago, IL 60601
(312) 980-5760
(312) 456-0287
tyardley@buchalter.com
cwalsh@buchalter.com

107618581

docket@buchalter.com

/s/ Heather Voegele
Heather Voegele
Voegele Anson Law
3516 N. 163rd Plaza
Omaha NE 68116
hvoegele@v-alaw.com

107618581